UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ARMANDO COLON,

        Plaintiff,

   - against -

SCOTT DODRILL, et al.,

        Defendants.

----------------------------------------------------------------X

**ORDER**
**06 CV 3391 (ERK) (LB)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 29 2010
P.M.
TIME A.M.

**BLOOM, United States Magistrate Judge:**

By letter dated January 18, 2010, plaintiff states that he has not received responses to his discovery requests and moves to compel discovery. The Court will address plaintiff's motion to compel during a telephonic status conference, which shall be held on February 5, 2010 at 11:00 a.m. The Assistant United States Attorney ("AUSA") is requested to arrange and initiate the conference call. The Warden of Wende Correctional Facility shall make plaintiff available for the telephonic conference at this time. After establishing contact with counsel for defendant Lopresti and plaintiff, the AUSA shall telephone the Court at (718) 613-2170.

SO ORDERED.

                                    LOIS BLOOM
                                    United States Magistrate Judge

Dated: January 27, 2010
       Brooklyn, New York