UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARMANDO COLON,

        Plaintiff,

- against -

SCOTT DODRILL, et al.,

        Defendants.

------------------------------------------------------------X

ORDER
06 CV 3391 (ERK) (LB)

**BLOOM, United States Magistrate Judge:**

The Court held a telephonic settlement conference on February 9, 2010, and the parties settled the case on the record.[1] The Assistant United States Attorney shall file the stipulation of settlement by March 22, 2010.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: February 9, 2010
      Brooklyn, New York

---

[1] Counsel for defendant Lopresti was excused from participating in the telephonic conference. However, plaintiff stated that he is agreeing to discontinue all of his claims in the instant action, including his claims against Lopresti.

